UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LA TISSOT LLC, *et al.*

      Plaintiffs,

v.                                            Case No. 1:16-cv-23719-KMW

ANTONIO LUCCHESI, *et al.*

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs LA Tissot LLC and Sierra Móveis Ltda., under Rule 41(a)(1)(A)(i), hereby file this notice of voluntary dismissal, without prejudice, of this action. The Defendants have not yet served an answer or motion for summary judgment.

Dated: December 2, 2016             Respectfully submitted,

                                                        **ASTIGARRAGA DAVIS**
                                                        **MULLINS & GROSSMAN, P.A.**
                                                        *Counsel for Plaintiffs*
                                                        1001 Brickell Bay Dr., 9th Floor
                                                        Miami, Florida 33131
                                                        Telephone: (305) 372-8282
                                                        Facsimile: (305) 372-8202

                                                        */s/ Andres H. Sandoval*
                                                        Andres H. Sandoval
                                                       asandoval@astidavis.com
                                                       Florida Bar No.: 113605

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case on December 2, 2016.

                                                                         */s/ Andres H. Sandoval*
                                                                          Andres H. Sandoval