UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23719-CIV-WILLIAMS

LA TISSOT LLC, *et al.*,

    Plaintiffs,

v.

ANTONIO LUCCHESI, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal. (DE 17). Upon review of the notice and the record, this action is **DISMISSED**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 6th day of December, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE